1
2
3
4
5
6         UNITED STATES DISTRICT COURT
7              DISTRICT OF NEVADA
8                   * * *

9  DAVID ARNOLD,                    Case No. 3:14-cv-00421-MMD-WGC
10                      Plaintiff,   ORDER
   v.
11
   UNITED STATES FOREST SERVICE,
12
                        Defendants.
13

14

15    Plaintiff has communicated with the Court's Courtroom Administrator about this
16 case. Plaintiff is reminded that the Court's Local Rules do not permit *ex parte*
17 communications with the Court. *See* Local Rules, Part II, LR 7-6. All requests relating to
18 the case must be presented to the Court via a motion and filed with the Clerk's Office.
19 Because Plaintiff is proceeding *pro se*, Plaintiff may file documents by sending a copy
20 by mail to the Clerk's Office for filing. The Clerk's Office will not accept documents for
21 filing via other means.

22    DATED THIS 18th day of March 2015.

23

24                                    _____
                                      MIRANDA M. DU
25                                    UNITED STATES DISTRICT JUDGE
26
27
28