AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*    DISTRICT OF   NEVADA

DAVID ARNOLD,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:14-cv-00421-MMD-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that all claims are now dismissed with prejudice.

May 5, 2017                                        **DEBRA K. KEMPI**
                                                         Clerk

                                                         /s/ K. Rusin
                                                         Deputy Clerk