UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ARNOLD,<br><br>　　　　　　Plaintiff,<br>　　v.<br>UNITED STATES FOREST SERVICE,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-00421-MMD-WGC<br><br>ORDER |

On June 13, 2016, the Court dismissed all claims with prejudice, except for the retaliation claim under the Rehabilitation Act. (ECF No. 11.) The Court granted Plaintiff leave to amend his retaliation claim, but warned that he must do so within thirty (30) days, otherwise this claim will be dismissed with prejudice. (*Id.* at 11.) To date, Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's retaliation claim under the Rehabilitation Act with prejudice.

As all claims are now dismissed with prejudice, the Clerk is directed to enter judgment and close this case.

DATED THIS 5th day of May 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE